NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 03-1006

STATE OF LOUISIANA

VERSUS

ALEXANDRA C. HILL

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 63645
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

BILLY HOWARD EZELL
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Hon. William E. Tilley**
**District Attorney - 30th JDC**
**P.O. Box 1188**
**Leesville, LA 71446-1188**
**(337) 239-2008**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Mary Constance Hanes**
**Louisiana Appellate Project**
**P.O. Box 4015**
**New Orleans, LA 70178-4015**
**Counsel for: Defendant/Appellant**
**Alexandra C. Hill**

**Alexandra C. Hill**
**Vernon Corr. Facility**
**2294 Slagle Rd.**
**Leesville, LA 71446-6874**
**Defendant/Appellant**